**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-2159**

───────────

KAMRAN TAVAKOLI-NOURI,

Plaintiff - Appellant,

versus

CENTRAL INTELLIGENCE AGENCY,

Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-98-216-AMD)

───────────

Submitted: March 11, 1999          Decided: March 17, 1999

───────────

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Kamran Tavakoli-Nouri, Appellant Pro Se. Larry David Adams, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kamran Tavakoli-Nouri appeals the district court's order dismissing his action filed under the Freedom of Information Act.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Tavakoli-Nouri v. CIA, No. CA-98-216-AMD (D. Md. July 15, 1998).[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The order from which Tavakoli-Nouri appeals was filed on 7-13-98, and entered on the district court's docket on 7-15-98, in accordance with Fed. R. Civ. P. 58 and 79(a).  See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).